# Criminal Case Cover Sheet

**FILED:** REDACTED  
**U.S. District Court**

**Place of Offense:** ☒ Under Seal  
**Judge Assigned:** Trenga

- City:
- County:
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:
- **Criminal No.** 1:20-CR- 192
- **New Defendant:** X
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Ashish Sawhney
- **Alias(es):**
- ☐ Juvenile   **FBI No.**
- **Address:** XXXXX Summerstown Place, Sterling, VA 20166
- **Employment:** IT Consultant: Business Pointers, Value Consulting, Inc. & LLC, Value Software Products, Inc., E-Train ERP, Inc.
- **Birth Date:** XX/XX/1972   **SSN:** XXX-XX-0570   **Sex:** Male   **Race:** Asian   **Nationality:** India
- **Place of Birth:** India   **Height:** 5'5"   **Weight:** 178   **Hair:** black   **Eyes:** brown   **Scars/Tattoos:** N\A
- ☐ Interpreter   **Language/Dialect:** English/ Hindi   **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- ☐ Court Appointed   Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Raizza K. Ty   **Phone:** 703-299-3771   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

Document and Benefit Fraud Task Force, 44965 Aviation Drive, Sterling, VA 20166

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2: | 8 U.S.C. § 1324(a)(1)(A) | Conspiracy to Induce Aliens to Come | 2 | Felony |

**Date:** 08/17/2020   **AUSA Signature:** [signature]   *may be continued on reverse*

**District Court Case Number** (to be filled by deputy clerk): _____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 8 U.S.C. § 1324(a)(1)(A) | Inducing An Alien to Come to the U | 3-5 | Felony |
| Set 4: | 18 U.S.C. § 1425(a)) | Attempted Unlawful Procurement of | 6 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form      Reset Form